602

of Appeals for the Seventh Circuit denied. *Messrs. Louis Quarles* and *Harry L. Butler* for petitioner. *Messrs. John W. Reynolds* and *Theodore W. Brazeau* for respondents.

No. 65. HAYNES, TRUSTEE IN BANKRUPTCY, *v.* QUICK-SILVER. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioner. No appearance for respondent.

No. 66. BARTLESVILLE ZINC Co. *v.* MILLS, DIRECTOR GENERAL OF RAILROADS. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry C. Barnes* for petitioner. *Messrs. H. W. Davis, R. S. Outlaw, Sidney F. Andrews,* and *A. A. McLaughlin* for respondent.

No. 67. FARMERS BANK *v.* HAYES ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. A. Fowler* for petitioner. *Mr. Thomas G. McConnell* for respondents.

No. 68. BROWN *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. C. Murphy* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Francis H. Horan* for respondent.